IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS ABBOTT LABORATORIES AND
### ADVANCED CARDIOVASCULAR SYSTEMS, INC'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Abbott Laboratories and Advanced Cardiovascular Systems, Inc. hereby state that Plaintiff Abbott Laboratories is an Illinois corporation. No parent corporation or publicly held corporation currently owns more than 10% of Abbott Laboratories' stock. Plaintiff Advanced Cardiovascular Systems, Inc. is a California corporation and is not a publicly traded corporation. Abbott Vascular, Inc. is the corporate parent of Plaintiff Advanced Cardiovascular Systems, Inc. Plaintiff Abbott Laboratories is in turn the corporate parent of Abbott Vascular, Inc.

*[signature]*

| | |
|---|---|
| OF COUNSEL: | Frederick L. Cottrell III (#2555) |
| Edward A. Mas II | cottrell@RLF.com |
| Leland G. Hansen | Anne Shea Gaza (#4093) |
| Donald J. Pochopien | gaza@RLF.com |
| Sandra A. Frantzen | RICHARDS, LAYTON & FINGER |
| Christopher J. Buchko | One Rodney Square |
| MCANDREWS, HELD & MALLOY, LTD. | 920 N. King Street |
| 500 West Madison Street, 34th Floor | Wilmington, Delaware 19899 |
| Chicago, Illinois 60661 | (302) 651-7700 |
| (312) 775-8000 | |

ATTORNEYS FOR PLAINTIFFS ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC.

Date: September 29, 2006