# United States District Court
DISTRICT OF DELAWARE

| Abbott Laboratories and Advanced Cardiovascular Systems, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Johnson and Johnson, Inc. and Cordis Corporation, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | SUMMONS IN A CIVIL ACTION <br><br> CASE NUMBER:  06 - 613 <br><br> JURY TRIAL DEMANDED |
|---|---|---|

TO:  Cordis Corporation
c/o Delaware Secretary of State
Pursuant to 10 Del. C. §3104
401 Federal Street, Townsend Building
Dover, DE  19901

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__PETER T. DALLEO__                              9-29-06
Clerk                                            Date
    *[signature]*
By Deputy Clerk

RLF1-3065113-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/02/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: CORDIS CORPORATION C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/02/06
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure