IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

ABBOTT LABORATORIES and )
ADVANCED CARDIOVASCULAR )
SYSTEMS, INC., )
 )
      Plaintiffs, )   Civil Action No. 06-613
 )
v. )   **JURY TRIAL DEMANDED**
 )
JOHNSON AND JOHNSON, INC. and )
CORDIS CORPORATION, )
 )
      Defendants. )

### AFFIDAVIT OF MAILING

STATE OF DELAWARE   )
                              ) SS.
NEW CASTLE COUNTY  )

BE IT REMEMBERED that on this 17th day of October, 2006, there did personally appear before me, the Subscriber, a Notary Public for the state and county aforesaid, Anne Shea Gaza, known to me personally to be such, and being duly sworn according to law hereby deposes and says as follows:

    1.     She is an attorney with the law firm of Richards, Layton & Finger, counsel to plaintiffs Abbott Laboratories and Advanced Cardiovascular Systems, Inc.

    2.     Defendant Cordis Corporation ("Cordis") is a non-resident of the State of Delaware. Upon information and belief, Cordis is a corporation organized under the laws of the State of Florida and has a principal place of business at 14201 NW 60th Avenue. Miami Lakes, FL 33014.

    3.     The original Summons and Complaint in this action was served on Cordis on October 2, 2006, pursuant to Fed. R. Civ. P. Rule 4 and 10 *Del C.* § 3104, by hand delivery to

the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on October 3, 2006.

4.  On October 3, 2006, a copy of the Summons, Complaint, Rule 7.1 Disclosure Statement, Civil Case Information Statement and Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction were sent by registered mail, return receipt requested, to Cordis at its principal place of business (as set forth above), together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State and that, under 10 *Del. C.* § 3104, such service was as effectual for all intents and purposes as if it had been made upon Cordis personally in the State of Delaware. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

5.  Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

6.  The registered letter was signed for and received on or about October 6, 2006. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on October 13, 2006, a true and correct copy of which is attached hereto as Exhibit C and made a part hereof.

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

*/s/ Anita F. Garvey*
Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2008

RLF1-3066482-1

# EXHIBIT A

## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

October 3, 2006

**REGISTERED MAIL NO. RA 906 724 470 US**
**RETURN RECEIPT REQUESTED**

Cordis Corporation
14201 NW 60th Avenue
Miami Lakes, FL 33014

Re:  **Abbott Laboratories and Advanced Cardiovascular Systems v. Johnson and Johnson, Inc. and Cordis Corporation, C.A. No. 06-613 Notice of Service Pursuant to 10 Del. C. § 3104**

Dear Cordis Corporation:

Abbott Laboratories and Advanced Cardiovascular Systems have filed a Complaint against Cordis Corporation ("Cordis") in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in the above-referenced action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware on October 2, 2006 in compliance with 10 Del. C. § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against Cordis by Abbott Laboratories and Advanced Cardiovascular Systems as a result of Cordis' actions as alleged in the Complaint. This letter further serves to inform you that Cordis has an obligation to answer the Complaint filed against it and that Cordis' failure to do so may result in a default judgment being entered against Cordis.

Very truly yours,

*Anne Shea Gaza*
Anne Shea Gaza

ASG/csi
Enclosures

cc:  Edward A. Mas, II, Esq. (via electronic mail) (w/o encl.)

RLF1-3065903-1

Cordis Corporation
October 3, 2006
Page -2-

Frederick L. Cottrell, III, Esq. (w/o encl.)

# EXHIBIT B

| Registered No. RA 906 724 470 US | Date Stamp (WILMINGTON RODNEY SQ STA, OCT 3 2006, USPS) |
|---|---|
| Reg Fee $ 7.90 | |
| Handling Charge $ | Return Receipt $ 1.85 |
| Postage $ 5.15 | Restricted Delivery $ |
| Received by /B  14.90 | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ Ø | ☐ With Postal Insurance  ☐ Without Postal Insurance |

FROM:
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square, 920 King St.
Wilmington, DE 19801

TO:
Cordis Corporation
14201 NW 60th Avenue
Miami Lakes, FL 33014

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com®

# EXHIBIT C



UNITED STATES POSTAL SERVICE
SOUTH FLORIDA P[...]
FL 330 4
10 OCT 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richards, Layton + Finger
Anne Shea Gaza,
One Rodney Square
920 King St.
Wilmington, DE 19801

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cordis Corporation
14201 NW 60th Avenue
Miami Lakes, Fl 33014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Jose Laguardia

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   RA 906 724 470 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540