IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-613-SLR |
| JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel to the defendants in the above action.

                                        ASHBY & GEDDES

                                        */s/ Steven J. Balick*

                                        _____
                                        Steven J. Balick (I.D. #2114)
                                        John G. Day (I.D. #2403)
                                        Lauren E. Maguire (I.D. #4261)
                                        222 Delaware Avenue, 17th Floor
                                        P.O. Box 1150
                                        Wilmington, DE  19899
                                        302-654-1888
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        lmaguire@ashby-geddes.com

                                        *Attorneys for Defendants*

Dated:  October 20, 2006
174385.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Edward A. Mas, II, Esquire<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Steven J. Balick*
_____
Steven J. Balick