IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-613-SLR |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which the defendants shall answer, move, or otherwise respond to the complaint in the above action is extended through and including November 22, 2006.

RICHARDS LAYTON & FINGER

*/s/ Anne S. Gaza*

Frederick L. Cottrell, III (I.D. #2555)
Anne S. Gaza (I.D. #4093)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899
302-658-6541
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

174377.1