IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-613-SLR |
| JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## **STIPULATED ORDER**

WHEREAS, defendants' answer in the above action originally was due on October 23, 2006, and that deadline was extended 30 days at defendants' request, via stipulated order, until November 22, 2006;

WHEREAS, defendants have determined that they will move to dismiss for lack of subject matter jurisdiction (the "Motion to Dismiss"), and have requested an additional two weeks, to December 6, 2006, to prepare their papers; and

WHEREAS, the parties have reached agreement upon a mutually acceptable briefing schedule in order to avoid various personal and professional scheduling conflicts; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that briefing on the Motion to Dismiss shall be as set forth below, and that this briefing schedule is without prejudice to (i) plaintiffs' right to seek an extension thereof to allow for discovery related to the Motion to Dismiss, and (ii) defendants' right to oppose such discovery:

| | |
|---|---|
| Defendants' motion and opening papers | December 6, 2006 |
| Plaintiffs' answering papers | January 24, 2007 |
| Defendants' reply papers | February 23, 2007 |

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| /s/ Anne S. Gaza | /s/ Steven J. Balick |
| Frederick L. Cottrell, III (I.D. #2555)<br>Anne S. Gaza (I.D. #4093)<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE  19899<br>302-658-6541<br>cottrell@rlf.com<br>gaza@rlf.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

175391.1