IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-613-SLR |

## **STIPULATED ORDER**

WHEREAS, defendants' answer in the above action originally was due on October 23, 2006, and that deadline was extended 30 days at defendants' request, via stipulated order, until November 22, 2006;

WHEREAS, defendants subsequently determined that they will move to dismiss for lack of subject matter jurisdiction (the "Motion to Dismiss"), and their deadline to file their papers was extended an additional two weeks, at their request, to December 6, 2006, via a stipulated order in which a complete briefing schedule on the Motion to Dismiss also was put into place (D.I. 12); and

WHEREAS, due to their client's unavailability to spend time with the opening papers in support of the Motion to Dismiss, defendants have requested an additional one-week extension of the current briefing schedule; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that briefing on the Motion to Dismiss shall be as set forth below, and that this briefing

schedule remains without prejudice to (i) plaintiffs' right to seek an extension thereof to allow for discovery related to the Motion to Dismiss, and (ii) defendants' right to oppose such discovery:

| | |
|---|---|
| Defendants' motion and opening papers | December 13, 2006 |
| Plaintiffs' answering papers | January 31, 2007 |
| Defendants' reply papers | March 2, 2007 |

RICHARDS LAYTON & FINGER

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (I.D. #2555)
Anne S. Gaza (I.D. #4093)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899
302-658-6541
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

175738.1