IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-613-SLR |
| JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Johnson & Johnson Inc. and Cordis Corporation respectfully move to dismiss this action for lack of subject matter jurisdiction. The grounds for this motion are set forth in the accompanying opening brief and declarations.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Laura L. Kolb
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated:  December 13, 2006
176094.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vi. | ) ) | C.A. No. 06-613-SLR |
| JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington this _____ day of _____, 2007, having considered Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and this matter is hereby dismissed for lack of subject matter jurisdiction.

_____
Chief Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2006, the attached **MOTION TO DISMISS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Edward A. Mas, II, Esquire<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*
_____
John G. Day