IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVAMCED CARDIOVASCULAR SYSTEMS, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-613-SLR |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Laura L. Kolb
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated:  December 14, 2006
175964.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899 | <u>VIA ELECTRONIC MAIL</u> |
| Edward A. Mas, II, Esquire<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Steven J. Balick*
_____
Steven J. Balick