## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEM, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. C-06-613-SLR |
| v. | ) ) | |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

### STIPULATED ORDER

WHEREAS, on December 13, 2006, defendants moved to dismiss for lack of subject matter jurisdiction (the "Motion to Dismiss") (D.I. 14);

WHEREAS, the parties previously stipulated to a briefing schedule where, without prejudice to plaintiffs' right to seek an extension to allow for discovery related to the Motion to Dismiss, plaintiffs' answering papers would be due on January 31, 2007, and defendants' reply papers would be due on March 2, 2007, (D.I. 13); and

WHEREAS, the parties have agreed that the briefing schedule should be extended to accommodate discovery relating specifically to the issues raised by defendants' Motion to Dismiss; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the parties shall complete discovery relating to defendants' Motion to

Dismiss on or before March 7, 2007, and briefing on the Motion to Dismiss shall be as set forth below:

        Plaintiffs' answering papers April 4, 2007

        Defendants' reply papers May 2, 2007

RICHARDS LAYTON & FINGER        ASHBY & GEDDES

/s/ *Anne Shea Gaza*        /s/ *Steven J. Balick*
Frederick L. Cottrell, III (I.D. #2555)    Steven J. Balick (I.D. #2114)
Anne S. Gaza (I.D. #4093)        John G. Day (I.D. #2403)
One Rodney Square        Lauren E. Maguire (I.D. #4261)
920 North King Street        222 Delaware Avenue, 17th Floor
P.O. Box 551        P.O. Box 1150
Wilmington, DE 19899        Wilmington, DE 19899
302-658-6541        302-654-1888
cottrell@rlf.com        sbalick@ashby-geddes.com
gaza@rlf.com        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*        *Attorneys for Defendants*

SO ORDERED this _____ Day of _____, 2007.

_____
Chief Judge

2