IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 06-613 (SLR) <br> ) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 26, 2007, copies of Notice of Deposition of Jeffrey Leebaw were served upon the following counsel of record in the manner indicated below:

**VIA US MAIL & ELECTRONIC MAIL**
David T. Pritikin
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603


OF COUNSEL:
Edward A. Mas, II
Leland G. Hansen
Donald J. Pochopien
Sandra A. Frantzen
Christopher J. Buchko
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Date: January 29, 2007

**VIA US MAIL & ELECTRONIC MAIL**
Steven J. Balick, Esquire
Ashby & Geddes
222 West Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys For Plaintiffs Abbott Laboratories
And Advanced Cardiovascular Systems, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
222 West Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on January 29, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

David T. Pritikin
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700