IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-613-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2007, **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS RELATING TO SUBJECT MATTER JURISDICTION** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE  19899 | HAND DELIVERY |
| Edward A. Mas, II, Esquire <br> McAndrews, Held & Malloy, Ltd. <br> 500 West Madison Street, 34th Floor <br> Chicago, IL  60661 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Laura L. Kolb
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: February 6, 2007
174107.1