IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-613-SLR |
| v. | ) ) | |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of March, 2007, **DEFENDANTS' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES RELATING TO SUBJECT MATTER JURISDICTION** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire                                              HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Edward A. Mas, II, Esquire                                                    VIA FEDERAL EXPRESS
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Laura L. Kolb
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated: March 12, 2007
174107.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Edward A. Mas, II, Esquire<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day