IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-613-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of April, 2007, **DEFENDANTS' SECOND AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES RELATING TO SUBJECT MATTER JURISDICTION NOS. 1-3** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire                                   HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Edward A. Mas, II, Esquire                                        VIA FEDERAL EXPRESS
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

          ASHBY & GEDDES

          /s/ *Lauren E. Maguire*
          _____
          Steven J. Balick (I.D. # 2114)
          John G. Day (I.D. # 2403)
          Lauren E. Maguire (I.D. # 4261)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Laura L. Kolb
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated:  April 11, 2007
174107.1