IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., f/k/a ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-613-SLR <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF ADVANCED CARDIOVASCULAR SYSTEMS, INC'S NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that, effective February 9, 2007, Plaintiff Advanced Cardiovascular Systems Inc. changed its name to Abbott Cardiovascular Systems, Inc. The law firms of McAndrews, Held & Malloy and Richards, Layton & Finger remain as counsel to Abbott Laboratories and Abbott Cardiovascular Systems, Inc.

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Sandra A. Frantzen
Christopher J. Buchko
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Date: May 16, 2007

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc., f/k/a, Advanced Cardiovascular Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007 caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on May 16, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3152021-1