IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-0613-SLR |

## STIPULATED ORDER

WHEREAS, on December 13, 2006, Defendants moved to dismiss for lack of subject matter jurisdiction (the "Motion to Dismiss") (D.I. 14);

WHEREAS, the parties most recently stipulated to a briefing schedule where Plaintiffs' answering papers would be due on May 17, 2007, and Defendants' reply papers would be due on May 31, 2007 (D.I. 36);

WHEREAS, Plaintiffs have requested an additional week to file their answering papers in order to assist Defendants with discovery in another unrelated matter, to which Defendants have agreed;

WHEREAS, Defendants have requested an additional week to file their reply papers, to which Plaintiffs have agreed; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that briefing on the Motion to Dismiss shall be as set forth below:

Plaintiffs' answering papers May 24, 2007

Defendants' reply papers June 14, 2007

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| /s/ Anne Shea Gaza | /s/ John G. Day |
| Frederick L. Cottrell, III (I.D. #2555) | Steven J. Balick (I.D. #2114) |
| Anne Shea Gaza (I.D. #4093) | John G. Day (I.D. #2403) |
| One Rodney Square | Lauren E. Maguire (I.D. #4261) |
| 920 North King Street | 500 Delaware Avenue, 8th floor |
| P.O. Box 551 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-654-1888 |
| 302-658-6541 | sbalick@ashby-geddes.com |
| cottrell@rlf.com | jday@ashby-geddes.com |
| gaza@rlf.com | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

2