IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 06-613-SLR |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO ENJOIN DEFENDANT CORDIS FROM PROSECUTING LATER-FILED PARALLEL LITIGATION IN NEW JERSEY**

Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. respectfully move to enjoin Defendant Cordis Corporation ("Cordis") from prosecuting Civil Action No. 07-02265, filed in the United States District Court for the District of New Jersey on May 15, 2007 (the "New Jersey Action").

In the New Jersey Action, Cordis asserts a claim against Abbott Laboratories alleging infringement of United States Patent No. 7,217,286. Cordis' patent infringement claim in the New Jersey Action is related to and duplicative of litigation already pending before this Court in Civil Action Nos. 06-613-SLR and 07-259-UNA.

Accordingly, Cordis should be enjoined from prosecuting the later-filed duplicative litigation in New Jersey.

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Sandra A. Frantzen
Christopher J. Buchko
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

/s/ Anne Shea Gaza
Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys For Plaintiffs*
*Abbott Laboratories and Abbott*
*Cardiovascular Systems, Inc.*

Date: May 18, 2007

RLF1-3153430-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007 caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on May 18, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 06-613-SLR <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1.1 CERTIFICATION

Pursuant to District of Delaware Local Rule 7.1.1., the undersigned counsel hereby certifies that they have consulted with counsel for defendants and have been advised that defendants will not stipulate to the dismissal without prejudice of the action pending in New Jersey and bring Cordis Corporation's claim for patent infringement as a counterclaim in Delaware.

*[signature: Anne Shea Gaza]*
Frederick L. Cottrell, III (#2555)

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Donald J. Pochopien
Sandra A. Frantzen
Christopher J. Buchko
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King Street
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Abbott Laboratories and Abbott Cardiovascular Systems, Inc.*

Date: May 18, 2007

RLF1-3151266-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 06-613-SLR |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN DEFENDANT CORDIS FROM PROSECUTING LATER-FILED PARALLEL LITIGATION IN NEW JERSEY

At Wilmington this _____ day of _____, 2007, having considered Plaintiffs' Motion to Enjoin Defendant Cordis From Prosecuting Later-Filed Parallel Litigation in New Jersey, and the parties' positions related thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Enjoin Defendant Cordis From Prosecuting Later-Filed Parallel Litigation in New Jersey is GRANTED.

_____
Chief Judge Sue L. Robinson

RLF1-3153437-1