IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES and ABBOTT )
CARDIOVASCULAR SYSTEMS, INC., )
                                )
              Plaintiffs,        )
                                )
       v.                        )
                                )  C.A. No. 06 - 613-SLR
JOHNSON AND JOHNSON, INC. and    )
CORDIS CORPORATION,              )
                                )
              Defendants.        )

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Abbott Laboratories and Abbott Cardiovascular Systems, Inc. hereby respectfully request oral argument on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss"). (D.I. No. 14.) The briefing on the Motion to Dismiss (D.I. Nos. 41, 49 and 59) was completed on June 14, 2007. In particular, Plaintiffs request oral argument so that they might respond to certain inaccurate statements of law and fact in the reply brief filed by Defendants in support of the Motion to Dismiss (D.I. No. 59).

Plaintiffs also suggest that oral argument on the Motion to Dismiss be heard at the same time as oral argument on the following pending motions:

(a)    Plaintiffs' Motion For Leave to File A Supplemental Complaint Or In The Alternative To Consolidate Related Cases (D.I. No. 43);

(b)    Plaintiffs' Motion To Enjoin Defendant Cordis From Prosecuting Later-Filed Parallel Litigation In New Jersey (D.I. No. 47);

(d)    Plaintiffs' Supplemental Motion For Leave To File A Supplemental Complaint Or In The Alternative To Consolidate Related Actions (D.I. No. 51); and

(e)    Plaintiffs' Supplemental Motion For Leave To File A Supplemental Complaint Or

       In The Alternative To Consolidate Related Actions (D.I. No. 57);

(f)    as well as parallel motions filed by Plaintiffs in a related case (Civil Action No.

       07-259-SLR) (D.I. Nos. 7, 10, 15).

The briefing on these other motions will be completed on June 22, 2007, when Plaintiffs file a

consolidated reply brief in support of these motions (D.I. 55).


OF COUNSEL:                                Frederick L. Cottrell III (#2555)
Edward A. Mas II                           cottrell@RLF.com
Leland G. Hansen                           Anne Shea Gaza (#4093)
Sandra A. Frantzen                         gaza@RLF.com
Christopher J. Buchko                      RICHARDS, LAYTON & FINGER
McANDREWS, HELD & MALLOY, LTD.             One Rodney Square
500 West Madison Street, 34th Floor        920 N. King Street
Chicago, Illinois 60661                    Wilmington, Delaware 19899
(312) 775-8000                             (302) 651-7700

Date:  June 19, 2007                       *Attorneys for Plaintiffs Abbott*
                                           *Laboratories and Abbott Cardiovascular*
                                           *Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I hereby certify that on June 19, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

> David T. Pritikin, Esquire
> William H. Baumgartner, Jr., Esquire
> Russell E. Cass, Esquire
> Laura L. Kolb, Esquire
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603

Anne Shea Gaza (#4093)
gaza@rlf.com