IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-613-SLR |
| JOHNSON AND JOHNSON INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the remainder of briefing on **Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Based on Covenant Not to Sue** (D.I. 68) shall be as set forth below:

    Plaintiffs' answering papers                    September 20, 2007

    Defendants' reply papers                        September 28, 2007

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| */s/ Anne S. Gaza* | */s/ Steven J. Balick* |
| _____ | _____ |
| Frederick L. Cottrell, III (I.D. #2555) | Steven J. Balick (I.D. #2114) |
| Anne S. Gaza (I.D. #4093) | John G. Day (I.D. #2403) |
| One Rodney Square | Lauren E. Maguire (I.D. #4261) |
| 920 North King Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 551 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| 302-658-6541 | 302-654-1888 |
| cottrell@rlf.com | sbalick@ashby-geddes.com |
| gaza@rlf.com | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

184110.1