IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and<br>ADVANCED CARDIOVASCULAR<br>SYSTEMS, INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 06-613 - SLR |
| v. | )<br>) | |
| JOHNSON AND JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
| Defendants. | )<br>) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2007,

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** was served upon the following

counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire           HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Edward A. Mas, II, Esquire                    VIA ELECTRONIC MAIL
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*
*Johnson and Johnson, Inc. and*
*Cordis Corporation*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000

Dated: September 26, 2007
174107.1