IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-613 - SLR |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of October, 2007, **JOHNSON AND JOHNSON, INC. AND CORDIS CORPORATION'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III, Esquire                           HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Edward A. Mas, II, Esquire                                    VIA ELECTRONIC MAIL
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants
Johnson and Johnson, Inc. and
Cordis Corporation*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

Dated: October 9, 2007
174107.1