IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 06-613 - SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of October, 2007, **JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S RESPONSES TO PLAINTIFFS ABBOTT LABORATORIES AND ABBOTT CARDIOVASCULAR SYSTEMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-78)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 | HAND DELIVERY |
| Edward A. Mas, II, Esquire <br> McAndrews, Held & Malloy, Ltd. <br> 500 West Madison Street, 34th Floor <br> Chicago, IL 60661 | VIA ELECTRONIC MAIL |

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

Dated: October 9, 2007
174107.1

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants
Johnson and Johnson, Inc. and
Cordis Corporation*