IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) | C. A. No. 06-613 (SLR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 12, 2007, copies of Plaintiffs' Responses To Defendants' First Set of Requests For Production of Documents (Nos. 1-82) and Plaintiffs' Responses to Defendants' First Set of Interrogatories (Nos. 1-3) were served upon the following counsel of record in the manner indicated below:

**VIA E-MAIL**
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**VIA HAND DELIVERY**
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

/s/ F. L. Cottrell III

Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys For Plaintiffs Abbott Laboratories And Advanced Cardiovascular Systems, Inc.*

OF COUNSEL:
Edward A. Mas, II
Leland G. Hansen
James M. Hafertepe
Sandra A. Frantzen
Christopher J. Buchko
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Dated: October 12, 2007

RLF1-3142028-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on October 12, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com