IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Laboratories and,<br>Abbott Cardiovascular Systems, Inc. | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 06-613 SLR |
| Johnson and Johnson, Inc. and<br>Cordis Corporation, | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| Boston Scientific Corporation and<br>Boston Scientific Scimed, Inc. | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 07-409 SLR |
| Johnson and Johnson, Inc. and<br>Cordis Corporation, | : | |
| Defendants. | : | |

## ORDER

Teleconferences having been held at Wilmington this **6th** day of **November, 2007** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **March 31st, 2008 at 10:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE