IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 06-613 (SLR) <br><br><br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2007, copies of Plaintiffs' Second Set of Requests for Production were served upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**VIA U.S. MAIL**
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

_____
Frederick L. Cottrell, III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

OF COUNSEL:
Edward A. Mas, II
Leland G. Hansen
James M. Hafertepe
Sandra A. Frantzen
Christopher J. Buchko
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Dated: November 26, 2007

*Attorneys For Plaintiffs Abbott Laboratories
And Advanced Cardiovascular Systems, Inc.*

RLF1-3142028-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on November 26, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com