IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and<br>ABBOTT CARDIOVASCULAR<br>SYSTEMS, INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | Civ. No. 06-613-SLR<br>and |
| JOHNSON AND JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | Civ. No. 07-259-SLR |
| Defendants. | ) | |

# O R D E R

At Wilmington this 28th day of November 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motions for leave to supplement the complaint in the 06-613 action (D.I.s 43, 51, 57, 90) are denied.

2. Plaintiffs' motions for leave to supplement the complaint in the 07-259 action (D.I.s 10, 15, 24) are denied.

3. Plaintiffs' motion to enjoin defendants from prosecuting the New Jersey actions (Civ. No. 06-613, D.I. 47; Civ. No. 07-259, D.I. 7) is denied.

4. Defendants' motion to supplement (Civ. No. 06-613, D.I. 62) is granted.

5. Defendants' motion to dismiss the 06-613 action for lack of subject matter jurisdiction (D.I. 68) is granted.

6. The 07-259 action is dismissed.

                                                       */s/ Sue L. Robinson*
                                                       United States District Judge