IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON AND JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 06-613-SLR |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Abbott Laboratories and Abbott Cardiovascular Systems, Inc. in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the following orders and judgment entered in this action:

1. The Court's Order dated and entered on November 28, 2007 (D.I. 92) which was entered in accordance with the Memorandum Opinion dated and entered on November 28, 2007 (D.I. 91) which: (1) denied Plaintiffs' motions for leave to supplement the complaint in the 06-613 action (D.I. 91, 92); (2) denied Plaintiffs' motions for leave to supplement the complaint in the 07-259 action (D.I. 91, 92); (3) denied Plaintiffs' motion to enjoin Defendants from prosecuting the New Jersey Actions (D.I. 91, 92); (4) granted Defendants' motion to supplement its opposition brief (D.I. 91, 92); (5) granted Defendants' motion to dismiss the 06-613 action for lack of subject matter jurisdiction (D.I. 91, 92); and (6) dismissed the 07-259 action (D.I. 91, 92); and

2.  The Court's Memorandum Order dated January 8, 2008 and entered January 9, 2008 which denied Plaintiffs' motion for reconsideration of the Court's November 28, 2007 Order (D.I. 97).

*[signature: Anne Shea Gaza]*

OF COUNSEL:
Edward A. Mas II
Leland G. Hansen
Sandra A. Frantzen
Christopher J. Buchko
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

Frederick L. Cottrell III (#2555)
cottrell@RLF.com
Anne Shea Gaza (#4093)
gaza@RLF.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700
ATTORNEYS FOR PLAINTIFFS ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC.

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

I hereby certify that on February 7, 2008, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

>David T. Pritikin, Esquire
>William H. Baumgartner, Jr., Esquire
>Russell E. Cass, Esquire
>Laura L. Kolb, Esquire
>Sidley Austin LLP
>One South Dearborn
>Chicago, IL 60603

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com