# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2008-1198 - ABBOTT LABS V JOHNSON AND JOHNSON

06CV613 SLR

**Date of docketing:** 02/14/2008

**Appeal from:** United States District Court / District of Delaware
case no. 06-CV-613; 07-CV-259

**Appellant(s):** Abbott Cardiovascular Systems Inc (fka Advanced Cardiovasc) and Abbott Laboratories

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
David T. Pritikin
Edward A. Mas, II

FILED 2008 FEB 19 PM 2:07 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-1198

ABBOTT LABORATORIES and
ABBOTT CARDIOVASCULAR SYSTEMS, INC.
(formerly known as Advanced Cardiovascular Systems, Inc.)

Plaintiffs-Appellants,

v.

JOHNSON AND JOHNSON, INC.
and CORDIS CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case nos. 06-CV-613 and 07-CV-259, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

ABBOTT LABS v JOHNSON AND JOHNSON, 2008-1198

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.